UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULA J. KARAS,

    Plaintiff,

v.      Case No. 12-13494

KELLOGG'S CORP.,

    Defendant.
_____/

## JUDGMENT

In accordance with the court's August 13, 2012 "Order Granting Plaintiff's Application to Proceed *In Forma Pauperis*, Dismissing Complaint With Prejudice, and Terminating as Moot 'Motion for a Speedy Trial',"

IT IS ORDERED AND ADJUDGED that the court summarily dismisses, with prejudice, Plaintiff Paula J. Karas's complaint. Dated at Detroit, Michigan, this 13th day of August, 2012.

    DAVID J. WEAVER
    CLERK OF THE COURT

    BY: s/Lisa Wagner
        Lisa Wagner, Deputy Clerk
        and Case Manager to
        Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C1 ORDERS\12-13494.KARAS.1915Judgment.jrc.wpd